**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE and JANE ROE, and all others similarly situated, <br><br> *Plaintiffs,* <br> v. <br><br> HOLLIDAYSBURG AREA SCHOOL DISTRICT, *et al.,* <br><br> *Defendants.* | Case No. _____ |

**MOTION OF PLAINTIFFS TO PROCEED ANONYMOUSLY**

Plaintiffs, who seek to proceed anonymously as "Jane Doe" and "Jane Roe", respectively, by and through their counsel, Justin Robinette, Esquire, hereby submit and file the instant Motion to Proceed Anonymously, and incorporate by reference all of the arguments contained in the accompanying Brief, as well as the Declarations submitted from Plaintiff, Jane Doe, and Plaintiff, Jane Roe, as if the same were more fully set forth herein at length.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court grant the instant Motion to Proceed Anonymously; permit Plaintiffs to use "Jane Doe" and "Jane Roe" for Plaintiffs' names, respectively; and permit Plaintiffs to redact the addresses of their residences from the Complaint, and any amendment thereto.

Respectfully submitted,

DATED: 06/16/2026        BY: _____

Justin Robinette, Esquire
PA 319829
1650 Market Street, Ste. 3600
PMB # 2494

Philadelphia, PA 19103
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiffs,*
*Jane Doe and Jane Roe*

## **CERTIFICATE OF SERVICE**

I, <u>JUSTIN F. ROBINETTE, ESQUIRE</u>, Attorney for Plaintiffs, Jane Doe and Jane Roe, in the above-named matter, do hereby certify that on this <u>16th</u> day of <u>JUNE</u>, <u>2026</u>, the foregoing Motion of Plaintiff to Proceed Anonymously, together with the Declarations submitted from Plaintiff, Jane Doe, and Plaintiff Jane Roe, were filed using the Court's electronic filing system, and sent via the method set forth below, on the date set forth below, or as soon thereafter as service can be effectuated:

### ***VIA ELECTRONIC MAIL ONLY***

Carl P. Beard, Esquire, Solicitor
3366 Lynnwood Drive
P.O. Box 1311
Altoona, PA 16603
cdbeard@beardlegalgroup.com

*Solicitor for Defendant, Hollidaysburg Area School District,*

Jeffrey R. Hantz, Esquire
Dickie, McCamey & Chilcote, P.C.
Four Gateway Center
444 Liberty Avenue
Suite 1000
Pittsburgh, PA 15222-1225
jhantz@dmclaw.com

*Attorneys for Defendants, Hollidaysburg Area School District, Curtis Whitesel, Dale McCall, and Benjamin Caldwell.*

Respectfully submitted,

DATED: <u>06/16/2026</u>          BY: _____

Justin Robinette, Esquire
PA 319829
1650 Market Street, Ste. 3600
PMB # 2494

Philadelphia, PA 19103
Tel: (267) 595-6254
Fax: (267) 592-3067
Justin@JRobinetteLaw.com

*Attorney for Plaintiffs,*
*Jane Doe and Jane Roe*